**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>OREN'S HUMMUS CUPERTINO LLC,<br><br>        Defendant. | Case No. 21-cv-01927-BLF<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to General Order 56, the Parties' notice of need for mediation was due on October 5, 2021. General Order 56 ¶ 9; ECF No. 15. No such notice was filed. Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge