UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>OREN'S HUMMUS CUPERTINO LLC,<br><br>        Defendant. | Case No. 21-cv-01927-BLF<br><br>**ORDER DISMISSING ADA CLAIM; DECLINING SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM; CLOSING CASE**<br><br>[Re: ECF No. 39] |

The Court held a case management conference in this case this morning. Based on the parties' representations regarding their settlement of injunctive relief, the ADA claim is DISMISSED. The Court further DECLINES supplemental jurisdiction over the remaining Unruh Act claim, which is DISMISSED WITHOUT PREJUDICE, given the unique issues of state law implicated by the claim and the early stage of the litigation. *See Arroyo v. Rosas*, 19 F.4th 1202, 1211–14 (9th Cir. 2021). The Clerk SHALL close the case.

**IT IS SO ORDERED.**

Dated: August 11, 2022

_____
BETH LABSON FREEMAN
United States District Judge