# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OREN'S HUMMUS CUPERTINO LLC,<br><br>　　　　Defendant. | Case No. 21-cv-01927-BLF<br><br>**JUDGMENT** |

Plaintiff's ADA claim being dismissed and the Court having declined supplemental jurisdiction over the Unruh Act claim and dismissed that claim without prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendant and against Plaintiff.

Dated: August 11, 2022

_____
BETH LABSON FREEMAN
United States District Judge